Michael C. Robinson, Jr. (SBN 120308)
mrobinson@rdwlaw.com
Orion S. Robinson (SBN 293796)
orobinson@rdwlaw.com
ROBINSON DI LANDO
A Professional Law Corporation
801 South Grand Avenue, Suite 500
Los Angeles, California 90017
Telephone:  (213) 229-0100
Facsimile:   (213) 229-0114

Attorneys for Defendant
LOYAL SOURCE GOVERNMENT SERVICES, LLC

Mehrdad Bokhour (SBN 285256)
mehrdad@bokhourlaw.com
BOKHOUR LAW GROUP, P.C.
1901 Avenue of the Stars, Suite 450
Los Angeles, California 90067
Telephone:  (310) 975-1493
Facsimile:   (310) 675-0861

Attorneys for Plaintiff
MONIQUE PEMBRICK

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONIQUE PEMBRICK, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LOYAL SOURCE GOVERNMENT SERVICES LLC, a Florida limited liability company; and DOES 1 through 50, inclusive<br><br>Defendants. | Case No.: 3:24-cv-01049-RSH-JLB<br><br>**JOINT STIPULATION TO DISMISS THE ENTIRE ACTION WITHOUT PREJUDICE; [PROPOSED] ORDER**<br><br>Action Filed: May 14, 2024<br>Trial Date:    None Set |

1

**JOINT STIPULATION TO DISMISS THE ENTIRE ACTION WITHOUT PREJUDICE; [PROPOSED] ORDER**

This stipulation is entered into by Plaintiff MONIQUE PEMBRICK ("Plaintiff") and Defendant LOYAL SOURCE GOVERNMENT SERVICES LLC ("Defendant"); (collectively the "Parties").

## RECITALS

WHEREAS Plaintiff filed her class action in the Superior Court for the County of San Diego on May 17, 2024, Case No. 37-2024-00022267-CU-OE-CTL;

WHEREAS Defendants removed the action to this Court on June 17, 2024, after which it was assigned Case No. 3:24-cv-01049-RSH-JLB (the "Complaint");

WHEREAS, the Parties have met and conferred regarding Plaintiff's arbitration agreement and class waiver, as well as a prior class settlement, and have agreed that Plaintiff will dismiss the Complaint without prejudice.

The Parties, by and through their counsel, further stipulate and agree that each Party will bear its and/or her own attorneys' fees and costs.

## STIPULATIONS

NOW THEREFORE the Parties, through their undersigned counsel, do hereby stipulate as follows:

1. The Complaint will be dismissed in its entirety without prejudice.
2. By the attorneys' signature below, the attorneys confirm that they have actual authority to enter into this Stipulation.

DATED: June 27, 2024

ROBINSON DI LANDO
A Professional Law Corporation

By: _/s/ Orion S. Robinson_

Michael C. Robinson, Jr.
Orion S. Robinson

Attorneys for Defendant
LOYAL SOURCE GOVERNMENT SERVICES LLC

1
**JOINT STIPULATION TO DISMISS THE ENTIRE ACTION WITHOUT PREJUDICE; [PROPOSED] ORDER**

DATED: July 1, 2024	BOKHOUR LAW GROUP, P.C.

By: _/s/ Mehrdad Bokhour_____

Mehrdad Bokhour

Attorneys for Plaintiff
MONIQUE PEMBRICK

**ROBINSON DI LANDO**
A Professional Law Corporation
Los Angeles, California

2
**JOINT STIPULATION TO DISMISS THE ENTIRE ACTION WITHOUT PREJUDICE; [PROPOSED] ORDER**

**[PROPOSED] ORDER**

Based on the Parties' stipulation, IT IS HEREBY ORDERED THAT:

1. The Complaint will be dismissed in its entirety without prejudice.

**IT IS SO ORDERED.**

Dated: _____          _____
                                                                 United States District Judge